EDWARD M. Ross, Respondent, *v.* JOHN H. Ross, Appellant.

(Argued December 7, 1887; decided December 23, 1887.)

*Henry C. Place* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm on case of *Allerton* v. *Allerton* (50 N. Y. 670).
All concur; no opinion.
Judgment affirmed.

---

JULIA H. HALPIN, Appellant, *v.* THOMAS C. TOWNSEND, Respondent.

(Argued December 7, 1887; decided December 23, 1887.)

*Edward P. Wilder* for appellant.

*John Townshend* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

DANIEL GAVIN, Respondent, *v.* FERDINAND H. DUCKWITZ, Appellant.

(Argued December 9, 1887; decided December 23, 1887.)

*William Armstrong* for appellant.

*William L. Marcy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.